# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELZIE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-440-GPM |
| | ) |
| KIM READER, MARY HALFORD, KAREN PIERCE, JACKIE MILLER, ILLINOIS DEPARTMENT OF CORRECTIONS, and WEXFORD MEDICAL INCORPORATION, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On June 3, 2009, the Clerk of Court mailed to Plaintiff an Order setting this case for hearing. That Order was returned as undeliverable because Plaintiff is "no longer at this address" (*see* Doc. 16). Thereafter, Magistrate Judge Wilkerson ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute and failure to comply with the Court's September 2008 Order directing Plaintiff to notify the Court of any address changes (Doc. 17). Plaintiff's response was due July 31, 2009, but no response was filed. The Order to Show Cause was returned as undeliverable; the Clerk then mailed the Order to Show Cause to the forwarding address listed, but still no response has been filed.

Accordingly, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute and failure to comply with an order of the Court. The Clerk of Court is **DIRECTED** to enter judgment accordingly and to mail a copy of this

Memorandum and Order and the Judgment to Plaintiff at his last known address of record.

**IT IS SO ORDERED.**

DATED: 08/04/09

                                                s/ *G. Patrick Murphy*
                                                G. PATRICK MURPHY
                                                United States District Judge